WELLS *vs.* BROWN & WELLINGTON.

Where a party, against whom a judgment is rendered before a justice, sues
out a *certiorari*, to which a return is made, and subsequently a second re-
turn purporting to be an *amended return* is made, but setting forth all the
proceedings before the justice, and the party suing out the *certiorari* fin-
ally succeeds on a writ of error, he is not entitled in the taxation of costs
to an allowance for more than one return.

ERROR from the Madison common pleas. Wells sued Brown
and Wellington in a justice's court. The defendants obtained
a verdict, and judgment was rendered in their favor. The
plaintiff sued out a *certiorari*, to which the justice made a re-
turn, which is set forth in the record at full length. Then fol-
lows a second return, purporting to be an *amended* return, but
instead of supplying defects in the first return, it sets forth *all
the proceedings before the justice*. The common pleas *affir-
med* the judgment of the justice, and this court *reversed* the
judgment of the common pleas. The court, in delivering
their opinion, animadverted upon the *abuse* of making two
full returns, saying that the rule calling for an *amended re-
turn* should have pointed out the defects in the original re-
turn, and the second return ought to have been confined
strictly to an answer to such rule; and that, although the
plaintiff below had succeeded upon the writ of error, the tax-
ing officer ought not to allow for more than one return in
the bill of costs.